No. 360. W. W. ROSE, PLAINTIFF IN ERROR, *v.* THE STATE OF KANSAS ON THE RELATION OF C. C. COLEMAN, ATTORNEY GENERAL. In error to the Supreme Court of the State of Kansas. Motions to dismiss or affirm submitted October 15, 1906. Decided October 22, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Smiley* v. *Kansas*, 196 U. S. 447; *Nonconnah Turnpike Company* v. *Tennessee*, 131 U. S. App. Cl. VIII; *Newport Light Company* v. *Newport*, 151 U. S. 527; *Harrison* v. *Morton*, 171 U. S. 38. *Mr. Frederic D. McKenney* for plaintiff in error. *Mr. C. C. Coleman* for defendant in error.

No. 208. FERDINAND EIDMAN, COLLECTOR, ETC., PETITIONER, *v.* FREDERICK B. TILGHMAN ET AL., EXECUTORS, ETC. On writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit. Argued October 15, 1906. Decided October 29, 1906. *Per Curiam.* Judgment affirmed with costs by a divided court and cause remanded to the Circuit Court of the United States for the Southern District of New York. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Robb* for petitioner. *Mr. Edward B. Whitney* for respondents.